Paul Conable, OSB No. 975368
  Direct Dial: 503.802.2188
  Fax: 503.972.3888
  E-Mail: paul.conable@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorney for Defendant
    Ralph W. ("Woody") Veerkamp

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| CRISTIE MARIE PRASNIKAR, | Case No. 3:13-cv-258-PK |
| Plaintiff, | STIPULATED GENERAL JUDGMENT |
| v. | |
| OUR SAVIOR'S LUTHERAN CHURCH OF LAKE OSWEGO, OREGON; OREGON SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA; EVANGELICAL LUTHERAN CHURCH OF AMERICA; AND RALPH W. ("WOODY") VEERKAMP, | |
| Defendants. | |

/ / /

/ / /

PAGE 1 - STIPULATED GENERAL JUDGMENT

Plaintiff Cristie Marie Prasnikar (now Cristie Marie Prasnikar Katsarelis) and Defendant Ralph W. Veerkamp hereby stipulate to the entry of a General Judgment. Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment shall be entered in favor of Plaintiff and against Defendant Veerkamp on the terms set out in the Settlement Agreement between them dated January 11, 2016; and

2. Each party shall bear its own costs, disbursements, and attorney fees.

DATED 1/12/16

*/s/ Paul Papak*
Honorable Paul Papak
U.S. District Court Magistrate Judge

IT IS SO STIPULATED:

JOHNSON, JOHNSON, LARSON & SCHALLER, PC

By: */s/*
Jennifer J. Middleton, OSB No. 071510
Arthur C. Johnson, OSB No. 530512

Attorneys for Plaintiff

TONKON TORP LLP

By: */s/*
Paul Conable, OSB No. 975368
Attorney for Defendant, Ralph W. ("Woody") Veerkamp

097204/97204/6934850v1

PAGE 2 - STIPULATED GENERAL JUDGMENT